**NOT SCHEDULED FOR ORAL ARGUMENT**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT**

UTAH PETROLEUM ASSOCIATION,

*Petitioner*,

   v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY et al.,

   *Respondents*.

Case No.
25-9520

**RESPONDENTS' RESPONSE TO PETITIONER'S MOTION FOR STAY
PENDING JUDICIAL REVIEW**

Respondent United States Environmental Protection Agency ("EPA") and

Lee Zeldin, Administrator, EPA, submit this response to Petitioner's Motion to

Stay the Final Rule of the U.S. Environmental Protection Agency (Dkt. No. 12).

For the reasons below, Respondents do not oppose the relief requested in this

motion.

    1.    Petitioner seeks review of an EPA action entitled "Finding of Failure

to Attain and Reclassification of an Area in Utah as Serious for the 2015 Ozone

National Ambient Air Quality Standards," 89 Fed. Reg. 97545 (Dec. 9, 2024)

("Final Rule").  Dkt. No. 1.

    2.    Petitioner filed the above-captioned action on February 7, 2025.  Dkt.

No. 1.  The Court has not yet set a schedule for briefing or oral argument.

3.      Petitioner seeks a stay of the Final Rule pending resolution of their petition for review.  Dkt. No. 12.

4.      Petitioner has also submitted an administrative petition to EPA requesting that the Agency reconsider the Final Rule.  On March 6, 2025, EPA issued a letter granting this request.  Ex. 1 [EPA Letter].  As stated in the letter, EPA intends to undertake notice and comment to reconsider the Final Rule.

5.      EPA is separately filing a motion to hold this matter in abeyance while this reconsideration process is underway.

6.      In light of EPA's reconsideration of the Final Rule and Petitioner's representation that it will suffer irreparable harm absent a stay, EPA does not oppose the relief requested in the Petitioner's stay motion.  *See* Dkt. No. 12.  In doing so, however, EPA takes no position on the merits of the underlying arguments regarding the Final Rule.  EPA cannot prejudge the outcome of the reconsideration, and thus does not make any concessions here as to issues that would be addressed by the Court should merits briefing be necessary.

Respectfully submitted,

ADAM R.F. GUSTAFSON
 *Acting Assistant Attorney General*

*Of Counsel:*          /s/ *Kimere J. Kimball*
Kaytrue Ting         KIMERE J. KIMBALL
 *Office of General Counsel*    U.S. Department of Justice
Michael Boydston       Env't & Natural Resources Div.
Stephanie Talbert       P.O. Box 7611
 *Office of Regional Counsel for*   Washington, DC 20044
 *Region 8*         (202) 514-2285 (Kimball)
 U.S. Environmental Protection   Kimere.Kimball@usdoj.gov
Agency

Date:  March 6, 2025

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 302 words.

This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

*/s/ Kimere J. Kimball*
KIMERE J. KIMBALL